Rec# 4049

MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):    KEVIN C. CARLSON
              PATRICIA J. CARLSON

CASE NUMBER:    09-35750:

PLEASE CHECK ONE:

☐    UNCLAIMED DIVIDENDS

☒ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| American Infosource LP as agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | 2 | $223.20 | $.42 |
| United Refrigeration, Inc. 2301 Meacham Blvd. Fort Worth, TX 76106 | 17 | $1,068.41 | $1.99 |
| Recovery Management Systems Corporation for GE Money Bank 25 SE 2nd Ave, Ste 1120 Miami, FL 33131 | 27 | $92.93 | $.17 |

DATE 7/28/11

_____
TRUSTEE

DISTRIBUTION:
    Original to Clerk of Court

NETWORK NEIGHBORHOOD/PATTI/C/BMSW/WPDOCS/UNCLAIMED DIVIDENDS

# PATTI J. SULLIVAN

## UNITED STATES CHAPTER 7 PANEL TRUSTEE

1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

July 28, 2011

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:    Kevin C. Carlson
Patricia J. Carlson
Bankruptcy Case No.: 09-35750

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 116 in the amount of $2.58 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS: pamc

Enclosures

RECEIVED
11 JUL 29 AM 11: 05
U.S. BANKRUPTCY COURT
ST. PAUL, MN